# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128551

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

MICHAEL STEPHEN EMERY,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128551
COA: 251973
Kent CC: 02-012537-FC

On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

t1024